IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01157-WDM-MEH

MIKE TIJERINA and
LEE TIJERINA,

    Plaintiffs,

v.

POUDRE SCHOOL DISTRICT,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 4, 2010.**

    The Motion to Withdraw filed by George Price [filed June 3, 2010; docket #7] is **granted**. Mr. Price's representation of the Plaintiffs is hereby terminated. The Plaintiffs shall continue to be represented by Marc Schtul of Webb & Schtul, LLC.