IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01157-WDM-MEH

MIKE TIJERINA and
LEE TIJERINA,

    Plaintiffs,

v.

POUDRE SCHOOL DISTRICT,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 2, 2010.**

    Plaintiffs' Motion for Leave to File Return of Service Out of Time [filed October 28, 2010; docket #16] is **granted**, and the Court accepts the return of service filed at docket #20 on November 1, 2010. Pursuant to Fed. R. Civ. P. 4(m), the Court may extend the time in which service shall be made. As discussed on the record on October 28, 2010, the Court again emphasizes to the Plaintiffs that their adherence to orders of the Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice for the District of Colorado is absolutely necessary in the prosecution of their case. (*See* docket #15.)